UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| Marie Seroni McConnell | ) | CASE NO. 21-41056-pwb |
| | ) | |
| Debtor | ) | |
| _____ | ) | |

## OBJECTION TO CONFIRMATION OF PLAN

COMES NOW **BankUnited N.A.** ("Creditor"), a secured creditor in the above-captioned case and, by and through counsel, and objects to confirmation of the Debtor's Chapter 13 Plan (Doc #4) (the "Plan"), and as grounds therefore states as follows:

1. Creditor filed a claim secured by a security deed for the property of the debtor's estate at 307 Stewart Drive SW, Calhoun, GA 30701 ("Property") with pre-petition arrears in the amount of $4,346.49. See Court Claim No. 6.

2. The Debtor's Chapter 13 Plan, as proposed, lists the pre-petition arrears owed to Creditor in the amount of $0.00. Therefore, the Plan does not adequately provide for Creditor's claim and fails to comply with 11 U.S.C. §§ 1322(b)(2) and (b)(5) and 1325.

3. Further, due to the necessary increase in the Plan payment to provide for the stated pre-petition arrears, the Plan is no longer feasible.

WHEREFORE, Creditor, BankUnited N.A., respectfully requests the Court as follows:

a. That confirmation of the Chapter 13 Plan be denied; or in the alternative;

b. That the Debtor's Plan be amended to adequately provide for Creditor's claim;

c. That Creditor be awarded reasonable attorney's fees incurred in the filing of this Objection; and

d. For such other and further relief as the court deems proper.

Date: September 29, 2021.                    **MCMICHAEL TAYLOR GRAY, LLC**

/s/ Laura A. Grifka_____
Laura A. Grifka (GBN 312055)
Attorneys for Creditor
MCMICHAEL TAYLOR GRAY, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: (404) 474-7149
E-mail: lgrifka@mtglaw.com

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the foregoing Objection to Confirmation of Plan was provided via Regular U.S. Mail and/or CM/ECF to the parties listed on the attached service list, September 29, 2021.

**SERVICE LIST**

**VIA U.S. MAIL**
Marie Seroni McConnell
307 Stewart Dr SW
Calhoun, GA 30701-7735

**VIA CM/ECF**
Dan Saeger
Saeger & Associates, LLC
Suite D
706 S Thornton Ave
Dalton, GA 30720

N. Whaley, Interim Ch. 13 Trustee
Interim Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave, NE
Atlanta, GA 30303

McMichael Taylor Gray, LLC
/s/ Laura A. Grifka
Laura A. Grifka (GBN # 312055)
Attorneys for Creditor
McMichael Taylor Gray, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: (404) 474-7149
Facsimile: (404) 745-8121
E-mail: lgrifka@mtglaw.com