```
                    UNITED STATES BANKRUPTCY COURT
                     NORTHERN DISTRICT OF GEORGIA
                            ROME DIVISION

IN RE: MARIE S. MCCONNELL,        {   CHAPTER 13
                                  {
         DEBTOR(S)                 {   CASE NO. R21-41056-PWB
                                  {
                                  {   JUDGE  BONAPFEL
```

**OBJECTION TO CONFIRMATION**

COMES NOW K. Edward Safir, Chapter 13 Trustee herein, and objects to Confirmation of the plan for the following reasons:

1. The Debtor(s)' payments under the proposed plan are not current.

2. The Plan as proposed will extend beyond sixty (60) months, contrary to 11 U.S.C. Section 1322(d). (89 months).

3. The proposed plan fails to provide for the treatment of Carrington Mortgage Services, LLC for arrears. However, said creditor has filed a secured/priority claim.

4. As unsecured creditors may receive less than in a Chapter 7 liquidation, the plan may not conform to 11 U.S.C. Section 1325(a)(4); specifically, Schedule C is blank and the Trustee requests further evidentiary support for the valuation of the Debtor's real property.

5. Schedule I (Income) may fail to accurately reflect new employment with GEDIA since original Schedules filed, in violation of 11 U.S.C. Section 1329 and Bankruptcy Rule 1007.

6. Due to a change in circumstances since filing, Schedules I and J do not correctly reflect the current financial situation, thereby preventing the Trustee from evaluating feasibility, 11 U.S.C. Section 1325(a)(6); specifically, the Debtor's daughter's contribution has decreased to approximately $600.00 per month.

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303
404-525-1110
albertg@atlch13tt.com

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny confirmation of this Debtor's(s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

October 19, 2021

/s
Albert C. Guthrie, Esq.
for Chapter 13 Trustee
GA Bar No. 142399

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303
404-525-1110
albertg@atlch13tt.com

R21-41056-PWB

**CERTIFICATE OF SERVICE**

     This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

DEBTOR(S):

MARIE S. MCCONNELL
307 STEWART DR, SW
CALHOUN, GA 30701-7735

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SAEGER & ASSOCIATES


This 19th day of October, 2021

        /s
_____
Albert C. Guthrie, Esq.
for Chapter 13 Trustee
GA Bar No. 142399




K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303
404-525-1110
albertg@atlch13tt.com