IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| **MARIE SERONI MCCONNELL**, | : | CASE NO. **21-41056**-PWB |
| | : | |
| Debtor. | : | |
| ___ ___ ___ ___ ___ ___ ___ ___ ___ | : | ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ |
| BRANCH BANKING & TRUST | : | |
| COMPANY NOW TRUIST BANK, | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| MARIE SERONI MCCONNELL, Debtor; | : | |
| and K. EDWARD SAFIR, Trustee, | : | |
| | : | |
| Respondents. | : | |
| | : | |
| | : | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that **Branch Banking & Trust Company now Truist Bank** has filed a Motion for Relief from Automatic Stay and related papers with the Court seeking an order of relief from the Automatic Stay.

PLEASE TAKE FURTHER NOTICE that the Court will hold an initial telephonic number: toll-free number: **833-568-8864**; meeting id **161 794 3084** at **10:15 a.m.** on **June 15, 2022 in Courtroom 342, The Federal Building, 600 East First Street, Rome, Georgia 30161.**

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss with your attorney, if you have one in this bankruptcy case. (If

you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings, or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing.  The address for the Clerk's Office is: Clerk, United States Bankruptcy Court, Room 339, Federal Building, 600 East First Street, Rome, Georgia  30161-3187. You must also mail a copy of your response to the undersigned at the address stated below.

IF THE MOTION IS FOR RELIEF FROM STAY, and a hearing on the motion for relief from the automatic stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the motion and agrees to a hearing on the earliest possible date. Movant consent to the automatic stay remaining in effect until the Court orders otherwise.


Dated: May 6, 2022          Signature: /s/Philip L. Rubin
                                      Philip L. Rubin
                                      5555 Glenridge Connector
                                      Suite 900
                                      Atlanta, Georgia  30342
                                      (404) 869-6900
                                      prubin@lrglaw.com
                                      Bar Number 618525

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| **MARIE SERONI MCCONNELL**, | : | CASE NO. **21-41056**-PWB |
| | : | |
| Debtor. | : | |
| ___ ___ ___ ___ ___ ___ ___ ___ ___ | : | ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ |
| BRANCH BANKING & TRUST | : | |
| COMPANY NOW TRUIST BANK, | : | |
| | : | |
| Movant, | : | |
| | : | CONTESTED MATTER |
| v. | : | |
| | : | |
| MARIE SERONI MCCONNELL, Debtor; | : | |
| and K. EDWARD SAFIR, Trustee, | : | |
| | : | |
| Respondents. | : | |
| | : | |
| | : | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

NOW COMES BRANCH BANKING & TRUST COMPANY NOW TRUIST BANK (the "Movant") and moves this Court for relief from the automatic stay and shows the Court as follows:

1.

On August 27, 2021, Marie Seroni McConnell ("Debtor") filed a Voluntary Petition pursuant to 11 U.S.C. Chapter 13, and said case is pending before this Court.

2.

Movant has a claim in this case in the amount of $31,164.43, secured by a second priority lien against Debtor's real property, to wit: 307 Stewart Dr SW, Calhoun, GA 30701 (the "Collateral"). The approximate payoff as of May 6, 2022 is $32,384.70. Movant has no other collateral securing this loan.

Debtor's confirmed plan provides for post-petition payments to be made direct. Regular

payments on the account vary each month. As of May 6, 2022, Debtor is due for the October 22, 2021 payment and all subsequent payments for a total arrearage of $1,174.63. Additionally, a monthly payment of $171.19 will come due May 22, 2022 before this matter is heard.

3.

Debtor is not adequately protecting Movant's interest in the Collateral.

4.

Debtor does not have equity in the Collateral and the Collateral is not necessary to a reorganization that is in prospect.

5.

Cause exists including the lack of adequate protection to grant Movant relief from the automatic stay so as to authorize Movant to foreclose its interest in the Collateral under the terms of its loan documents and nonbankruptcy law, secure possession thereof, to pursue any legal action required to preserve Movant's right to pursue a deficiency balance not subject to discharge and to apply the net proceeds of sale to its claim in this case.

6.

Movant requests that Bankruptcy Rule 4001(a)(3) be waived.

7.

Movant has no proof of full coverage insurance protecting its interest in the Collateral.

WHEREFORE, Movant prays that this Court:

(a) Hold a hearing pursuant to this Motion within thirty (30) days as is required under 11 U.S.C. Section 362(e);

(b) Grant Movant relief from the automatic stay under 11 U.S.C. Section 362(d) so as to allow Movant to foreclose its interest in the Collateral under the terms of its loan documents and nonbankruptcy law; apply the net proceeds of sale to its claim in this case; secure possession thereof; pursue any legal action required to preserve Movant's right to pursue a deficiency balance not subject to discharge; and contact Debtor via telephone or written correspondence regarding potential loss mitigation options pursuant to applicable nonbankruptcy law, including loan modifications, deeds in lieu of foreclosure, short sales and/or other potential workouts or loss mitigation agreements.  ;

(c) Rule 4001(a)(3) be waived; and

(d) Grant such other and further relief as the Court deems to be just and proper.

This May 6, 2022.

        The Law Office of
        LEFKOFF, RUBIN, GLEASON, RUSSO & WILLIAMS, P.C.
        Attorneys for Movant


        By: /s/Philip L. Rubin
          Philip L. Rubin
          Georgia State Bar No. 618525

5555 Glenridge Connector
Suite 900
Atlanta, Georgia 30342
(404) 869-6900
prubin@lrglaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| **MARIE SERONI MCCONNELL**, | : | CASE NO. **21-41056**-PWB |
| | : | |
| Debtor. | : | |
| ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ | : | ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ |
| BRANCH BANKING & TRUST COMPANY NOW TRUIST BANK, | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| MARIE SERONI MCCONNELL, Debtor; and K. EDWARD SAFIR, Trustee, | : | |
| | : | |
| Respondents. | : | |
| | : | |
| | : | |

**CERTIFICATE OF SERVICE**

The undersigned, Philip L. Rubin, hereby certifies that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that I served the MOTION FOR RELIEF FROM AUTOMATIC STAY and NOTICE OF HEARING on the following parties 1) electronically, if allowed by and pursuant to the requirements of local rule, or 2) by depositing same in the United States Mail in properly addressed envelope(s) with adequate postage to all others, as follows:

Marie Seroni McConnell
307 Stewart Dr SW
Calhoun, GA 30701-7735

Dan Saeger
706 S Thornton Ave Suite D
Dalton, GA 30720

K. Edward Safir
Chapter 13 Trustee
285 Peachtree Center Avenue, NE
Suite 1600
Atlanta, GA 30303

    This May 6, 2022.

        The Law Office of
        LEFKOFF, RUBIN, GLEASON, RUSSO & WILLIAMS, P.C.
        Attorneys for Movant


        By: /s/Philip L. Rubin
          Philip L. Rubin
            Georgia State Bar No. 618525

5555 Glenridge Connector
Suite 900
Atlanta, Georgia 30342
(404) 869-6900
prubin@lrglaw.com