**IT IS ORDERED as set forth below:**



Date: October 25, 2022

_____
**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 21-41056-PWB |
| MARIE SERONI MCCONNELL, | CHAPTER: 13 |
| DEBTOR. | JUDGE: PAUL W. BONAPFEL |
| BANK UNITED, N.A. MOVANT. | |
| V. | **CONTESTED MATTER** |
| MARIE SERONI MCCONNELL, DEBTOR. | |
| K. EDWARD SAFIR, TRUSTEE. | |
| RESPONDENTS. | |

### CONSENT ORDER

This matter came in front of the Court on the *Motion for Relief from Automatic Stay* of Bank United, N.A.(the "**Movant**") filed July 26, 2022 (Doc. No. 61) (the "**Motion**") to modify the stay of 11 U.S.C. §362 (a) to allow Movant to foreclose on Debtor's real property known as 307 Stewart Dr. SW, Calhoun, Georgia 30701 (the "**Property**"). The Motion was scheduled for hearing October 5, 2022, and notice was provided to Debtor, Debtor's attorney, and Trustee.

Movant and Debtor acknowledge and agree that (1) equity exists in the Property, and (2) the current post-petition delinquency (subsequent to the recent Loan Modification Agreement) is **$2,244.17** [payments (7/1/2022 through 9/1/2022) @ $501.79 = $1,505.37 *less suspense* -$299.20 = $1,206.17, plus attorney fees and costs of $1,038.00].

Based on the foregoing agreement, Debtor and Movant AGREE that Debtor will:

(1) resume paying Movant the regular monthly mortgage payment of $501.79, due on the 1st day of each month, beginning with the payment due October 1, 2022;

(2) cure the post-petition delinquency ($2,244.17) over nine (9) months, with the "cure payment" due before or by the 15th day of each month. Debtor shall make 8 equal payments of $250.00, with the first payment due by October 15, 2022, and a 9th/final payment of $244.17 due before or by June 15, 2023; and,

(3) all payments are to be mail to Movant as follows:

**Carrington Mortgage Services, LLC**
**Bankruptcy Department**
**1600 South Douglas Road**
**Anaheim, CA 92806**

It is hereby **ORDERED, ADJUDGED AND DECREED** that for twenty-four (24) months from the entry of this order, upon the delinquency of Debtor in any regular payment or cure payment that comes due after October 1, 2022, as set forth above, Movant may be permitted to recover and dispose of the Property pursuant to applicable state law only after submitting a Delinquency Motion (as more particularly described below) and the entry of an order **modifying** the automatic stay of 11 U.S.C. §362 in the following manner:

(A) Counsel for Movant shall serve Debtor, Debtor's counsel of record and Trustee with written notice of the specific facts of the delinquency (the **"Delinquency Notice"**); said notice may be contained in a letter but shall

(1) state that Debtor may cure the delinquency within ten (10) calendar days of receipt of said notice, and

(2) shall specifically provide the correct street address for mailing or delivering such payment;

Pursuant to this order, Debtor shall be presumed to have received the Delinquency Notice on the fifth (5th) calendar day following the mailing of said notice by Counsel for Movant; provided, however, that

(a) the Delinquency Notice is properly addressed to Debtors at the address set forth on the Distribution List attached to this Order pursuant to BLR 9013-3(c) (2) NDGA, unless Movant or Counsel for Movant receives notice in writing of a change in Debtors' address within a reasonable time prior to mailing of the Delinquency Notice; and

        (b) the Delinquency Notice is not returned to Counsel for Movant by the U.S. Postal Service as undeliverable by reason of improper address.

(B) If Debtor fails to cure the delinquency within ten (10) days of receipt of said written notice, Counsel for Movant may present to the Court, after service on the Debtor, Debtor's counsel and Trustee,

    (1) **a motion**, which must contain allegations of the specific facts of the delinquency; to be accompanied by an affidavit from Movant setting forth the specific facts of the delinquency;

    (2) a copy of the **Delinquency Notice**, together with

    (3) a **proposed order** (the motion, copy of the Delinquency Notice and the proposed order are herein collectively referred to as the "**Delinquency Motion**").

Upon the filing of said Delinquency Motion due to default under this Consent Order, Movant agrees that the Trustee shall have twenty (20) days in which to file a motion to convert (due to equity in the property). If no motion to convert is filed after twenty (20) days, the Court may enter an order modifying the stay as to the Property, without further hearing. If the Movant forecloses on the Property, any proceeds remain from the foreclosure sale after application to Movant's lawful indebtedness, fees and foreclosure costs, Movant or its counsel shall promptly forward such excess proceeds that would otherwise be payable to the Debtor to the Trustee while the Debtor remains in bankruptcy. It is further

    **ORDERED** that if the stay is modified pursuant to the terms of this order, Trustee shall cease funding Movant's claim in the instant bankruptcy case until further notice from this Court. It is further

    **ORDERED** that the Clerk of Court shall serve this Order to the parties on the attached distribution list.

    **SO ORDERED.**

[END OF DOCUMENT]

**[Signatures of parties on following page]**

Prepared and presented by:

/s/ Laura A. Grifka
Laura A. Grifka, GA Bar No. 312055
MCMICHAEL TAYLOR GRAY, LLC
Counsel for Movant
3550 Engineering Drive, Suite 260
Atlanta, GA 30092
Telephone: (404) 474-7149
E-mail: lgrifka@mtglaw.com


Consented to by:

/s/*Dan Saeger by permission (lag)*
Dan Saeger, GA Bar No. 680628
Saeger & Associates, LLC
706 S. Thornton Ave., Ste. D
Dalton, GA 30720


No opposition by:

/s/ *Brandi L. Kirkland by permission (lag)*
Brandi L. Kirkland, GA Bar No. 423627
Staff Attorney
K. Edward Safir, Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303

**DISTRIBUTION LIST:**

Laura A. Grifka
MCMICHAEL TAYLOR GRAY, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092

K. Edward Safir
Standing Ch 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Suite 1600
Atlanta, GA 30303

Dan Saeger
Saeger & Associates, LLC
706 S. Thornton Ave., Ste. D
Dalton, GA 30720

Marie Seroni McConnell
307 Stewart Dr. SW
Calhoun, GA 30701