UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE:<br><br>MARIE SERONI MCCONNELL,<br><br>                  DEBTOR. | CASE NO. 21-41056-pwb<br><br>CHAPTER: 13<br><br>JUDGE PAUL W. BONAPFEL |
| BANK UNITED, N.A.<br>                  MOVANT,<br><br>V.<br><br>MARIE SERONI MCCONNELL,<br>                  DEBTOR,<br><br>K. EDWARD SAFIR,<br>                  TRUSTEE.<br><br>                  RESPONDENTS. | **CONTESTED MATTER** |

**ORDER MODIFYING STAY**

    This matter is in front of the Court upon the Default Motion for Seeking Order for Relief from Automatic Stay filed herein by Bank United, N.A. ("**Movant**") evidencing the Debtor's delinquency in the post- petition continuing monthly mortgage payments and cure payments, which is a default under

the terms of the Consent Order entered **October 25, 2022 (Doc 35)** between Debtor and Bank United, N.A. Pursuant to terms of the Consent Order, the Movant is entitled to and is requesting this Court enter an order lifting the automatic stay 11 U.S.C. §362(a) as to permit Movant to enforce its security interest in the Debtor's property known as 307 Stewart Drive, SW, Calhoun, GA 30701 ("Property"). The Debtor failed to cure the default set forth in the Delinquency Notice; and, the Trustee, after being provided twenty (20) days to file a Motion to Convert Case to Chapter 7, has taken no action. Accordingly, by default, it is hereby

**ORDERED** that the automatic stay of 11 U.S.C. § 362 is modified to the extent necessary to allow Movant to recover and dispose of the Property in a commercially reasonable manner, to pay the expenses of disposition and the lawful claim of Movant, and to remit to the Trustee any remaining sale proceeds; alternatively, if the disposition results in a deficiency, Movant may amend its claim filed in this case, subject to objection. It is further

**ORDERED** that Rule 4001(a)(3) is waived and Movant may immediately proceed with state court actions, including but not limited to foreclosure upon entry of this order. It is further

**ORDERED** that upon entry of this Order, Trustee shall cease funding Movant's claim and reduce the arrearage claim amount to the amount paid through entry of this order.

**ORDERED** that the Clerk of Court shall serve this Order to the parties set forth on the distribution list attached hereto.

**SO ORDERED**.

[END OF DOCUMENT]


Order prepared by:

/s/ Laura A. Grifka
Laura A. Grifka, GA Bar No. 312055
*Attorneys for Movant*
MCMICHAEL TAYLOR GRAY, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: (404) 474-7149
Facsimile: (404) 745-8121
E-mail: lgrifka@mtglaw.com

**DISTRIBUTION LIST**

Laura A. Grifka
MCMICHAEL TAYLOR GRAY, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092

Dan Saeger
Saeger & Associates, LLC
Suite D
706 S Thornton Ave
Dalton, GA 30720

K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303

Marie Seroni McConnell
307 Stewart Dr SW
Calhoun, GA 30701-7735